IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

BIGE MULLINS, :

    Plaintiff, :

                           Case No. 3:13cv00226

vs. :

                           District Judge Walter Herbert Rice
                :   Chief Magistrate Judge Sharon L. Ovington

CAROLYN W. COLVIN,
Acting Commissioner of the Social :
Security Administration,

: 

    Defendant.

---

## DECISION AND ENTRY

---

The Court has conducted a <u>de novo</u> review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #18), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

It is therefore **ORDERED** that:

1. The Report and Recommendations filed on October 29, 2015 (Doc. #18) is ADOPTED in full;

2. The Motion For Allowance of Attorney Fees Under 42 U.S.C. §406(b) (Doc. #16) is GRANTED, in part, and the Commissioner is directed to pay Plaintiff's attorney fees pursuant to 42 U.S.C. §406(b) in the total amount of $12,889.25;

3. The Motion for Allowance of Attorney Fees (Doc. #16) is DENIED in remaining part; and

4. The case remains terminated on the Court's docket.

                                                          Walter Herbert Rice
                                        United States District Judge